UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                CRIMINAL NO. 13-20453

vs.                              HON.  ROBERT H. CLELAND

D-1 JOHN S. BENCHICK,

                Defendant.

_____/

## **ORDER REGARDING RULE 15 DEPOSITION**

     This matter having come before the Court by a government motion, to which the defense had no objection, and the Court being fully apprised of the premises;

     IT IS HEREBY ORDERED that the video deposition of Helen Benchick be taken according to Rule 15 of the Federal Rules of Criminal Procedure, within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.


_s/Robert H. Cleland_
HON. ROBERT H. CLELAND
United States District Judge
June 18, 2014