UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 13-20453

JOHN S. BENCHICK,

    Defendant.
                                            /

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Now before the court is Mayer Morganroth and Jeffrey M. Thomson's Motion to Withdraw as Counsel for Defendant John S. Benchick pursuant to E.D. Mich. L.R. 83.25. (Dkt. # 88.) The court has reviewed the briefing and is satisfied with the bases of the motion.

Accordingly, IT IS ORDERED that Mayer Morganroth and Jeffrey M. Thomson's Motion to Withdraw (Dkt. # 88) is GRANTED and that the appearance of Mayer Morganroth and Jeffrey M. Thomson in this matter shall be and is withdrawn.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: November 8, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 8, 2016, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522