**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                                 Criminal Case No. 13-20453
                                                                Civil Case No. 20-11201

JOHN S. BENCHICK,

    Defendant.
                                                    /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

Pursuant to the court's order dated August 4, 2022, which dismissed Defendant's "Motion to Vacate Sentence Under 28 U.S.C. 2255" (ECF No. 154), the issues in controversy have been resolved, and the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.[1]

                                              s/ Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: August 4, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 4, 2022, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\13-20453.BENCHICK.2255.AAB.closing.docx

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.